1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206                **E-Filed 11/19/2010**
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   Derek H. Lim (SBN 209496)
8  *dlim@burnhambrown.com*
   Melissa A. Horst (SBN 253032)
9  *mhorst@burnhambrown.com*
   Burnham Brown
10 A Professional Law Corporation
   P.O. Box 119
11 Oakland, California 94604
   Telephone:     (510) 444-6800
12 Facsimile:     (510) 835-6666

13 Maralyn M. English, admitted *pro hac vice*
   *mme@scmlaw.com*
14 Snow, Christensen & Martineau
   10 Exchange Place, Eleventh Floor
15 P.O. Box 45000
   Salt Lake City, Utah 84145
16 Telephone:     (801) 521-9000
   Facsimile:     (801) 363-0400
17
   Attorneys for Defendants
18

19                    **UNITED STATES DISTRICT COURT**

20                 **NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

21                                              )
   Adobe Systems Incorporated,                  )   Case No. CV10-3571 JF
22                                              )
                 Plaintiff,                     )   **STIPULATION TO CONTINUE CASE**
23      v.                                      )   **MANGEMENT CONFERENCE AND**
                                                )   **[PROPOSED] ORDER**
24 Adam Childers, an individual and d/b/a       )
   www.softwaremedia.com; SoftwareMedia.com,    )   **Date:   December 3, 2010**
25 Inc. and Does 1 – 10, inclusive,             )   **Time:   10:30 a.m.**
                                                )   **Court:  Hon. Jeremy Fogel**
26               Defendants.                    )
                                                )
27

28

Adobe v. Childers, et al.: Stip to Continue CMC            - 1 -

PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Adam Childers, an individual and d/b/a www.softwaremedia.com, and SoftwareMedia.com, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its complaint on or about August 13, 2010;

WHEREAS Defendants received copies of the Summons and Complaint on or about September 27, 2010, apprising them of this Action;

WHEREAS Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Insufficient Process, or in the Alternative, Motion to Transfer Venue ("Motion") on or about October 18, 2010;

WHEREAS the hearing on Defendants' Motion is set for January 7, 2011;

WHEREAS Defendants have not yet filed an Answer;

WHEREAS continuing the Case Management Conference and all corresponding deadlines will provide the Parties with additional time to engage in discussions to resolve this matter as well as for the Court to hear Defendants' Motion; and

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the Court continue the Joint Case Management Conference for approximately ninety (90) days, or not earlier than March 4, 2011.

IT IS SO STIPULATED.

DATED: Nov. 17, 2010

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: November 16, 2010

Burnham Brown

By: /s/ Derek H. Lim
Derek H. Lim
Melissa A. Horst
Attorney for Defendants Adam Childers and SoftwareMedia.com, Inc.

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: November 19, 2010

/s/ Jeremy Fogel
Jeremy Fogel
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 17, 2010, I served on the interested parties in this action with the:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Childers, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Derek H. Lim | Maralyn M. English |
| Melissa A. Horst | Snow, Christensen & Martineau |
| Burnham Brown | 10 Exchange Place, Eleventh Floor |
| P.O. Box 119 | P.O. Box 45000 |
| Oakland, CA 94604 | Salt Lake City, UT 84145 |

Place of Mailing: Glendale, California.
Executed on November 17, 2010, at Glendale, California.

                    /s Nicole L. Drey
                      Nicole L. Drey