Derek H. Lim, State Bar No. 209496
Melissa A. Horst, State Bar No. 253032
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

---

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

E-Mail:   dlim@burnhambrown.com
          mhorst@burnhambrown.com

---

Maralyn M. English, Utah State Bar No. 8468
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145-5000

---

Telephone:   (801) 521-9000
Facsimile:   (801) 363-0400
E-Mail:      mme@scmlaw.com
[Admitted *Pro Hac Vice*]

Attorneys for Defendants ADAM CHILDERS and SOFTWAREMEDIA.COM, INC.

**E-Filed 1/4/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ADAM CHILDERS, an individual and d/b/a WWW.SOFTWAREMEDIA.COM; SOFTWAREMEDIA.COM, INC. and DOES 1 – 10, inclusive,<br><br>Defendants. | No. 5:10-cv-03571-JF<br>ORDER APPROVING<br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND INSUFFICIENT PROCESS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**<br><br>Date:   January 7, 2011<br>Time:   9:00 a.m.<br>Dept:   3<br>Judge:  Hon. Jeremy Fogel<br><br>Complaint Filed: August 13, 2010 |

1  Defendants ADAM CHILDERS and SOFTWAREMEDIA.COM, INC. ("Defendants")
2  and Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), by and through their
3  respective counsel of record, hereby stipulate and agree as follows:
4  WHEREAS Defendants filed their Motion to Dismiss for Lack of Personal Jurisdiction,
5  Improper Venue and Insufficient Process, or in the Alternative, Motion to Transfer Venue
6  ("Motion") on or about October 18, 2010;
7  WHEREAS the hearing on Defendants' Motion is currently set for January 7, 2011;
8  WHEREAS a family medical emergency has arisen with regards to Defendant Adam
9  Childers;
10 NOW, THEREFORE, Defendants request and Plaintiff does not oppose a continuance
11 of the hearing on the Motion to February 4, 2011, or such other date that the court deems
12 appropriate.
13 IT IS SO STIPULATED
14 DATED: January 3, 2011           BURNHAM BROWN
15
16                                  By_____
                                    DEREK H. LIM
17                                  Attorneys for Defendants ADAM CHILDERS
                                    and SOFTWAREMEDIA.COM, INC.
18
19 DATED: January 3, 2011           J. ANDREW COOMBS, A PROFESSIONAL
                                    CORP.
20
21                                  By_____
                                    J. Andrew Coombs
22                                  Nicole L. Drey
                                    Attorneys for Plaintiff ADOBE SYSTEMS
23                                  INCORPORATED
24                                  [PROPOSED] ORDER
25 PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27 DATED: January 4, 2011           _____
                                    Jeremy Fogel
28                                  UNITED STATES DISTRICT JUDGE
   1049983

2
STIP. TO CONT. MOT. TO DISMISS OR IN THE ALTERNATIVE MOTION TO       NO. 5:10-cv-03571-JF
TRANSFER VENUE