1  J. Andrew Coombs, State Bar No. 123881
   Nicole L. Drey, State Bar No. 250235
2  J. ANDREW COOMBS, A.P.C.
   517 East Wilson Avenue, Suite 202
3  Glendale, California 91206
   Telephone:    (818) 500-3200
4  Facsimile:    (818) 300-3201
   E-Mail:       andy@coombspc.com
5                nicole @coombspc.com

6  Attorneys for Plaintiff
   ADOBE SYSTEMS INCORPORATED
7

   Derek H. Lim, State Bar No. 209496
8  Melissa A. Horst, State Bar No. 253032
   BURNHAM BROWN
9  A Professional Law Corporation
   P.O. Box 119
10 Oakland, California 94604
   ---
11 1901 Harrison Street, 11th Floor
   Oakland, California 94612
12 Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
13 E-Mail:       dlim@burnhambrown.com
                 mhorst@burnhambrown.com
14 ---
   Maralyn M. English, Utah State Bar No. 8468
15 SNOW, CHRISTENSEN & MARTINEAU
   10 Exchange Place, Eleventh Floor
16 P.O. Box 45000
   Salt Lake City, Utah 84145-5000
17 Telephone:    (801) 521-9000
   Facsimile:    (801) 363-0400
18 E-Mail:       mme@scmlaw.com
   [Admitted *Pro Hac Vice*]
19
   Attorneys for Defendants ADAM CHILDERS and
20 SOFTWAREMEDIA.COM, INC.

21

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADOBE SYSTEMS INCORPORATED, | No. 5:10-cv-03571-JF/HRL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR REFERRAL TO MAGISTRATE JUDGE HOWARD R. LLOYD RE SETTLEMENT CONFERENCE** |
| v. | |
| ADAM CHILDERS, an individual and d/b/a WWW.SOFTWAREMEDIA.COM; SOFTWAREMEDIA.COM, INC. and DOES 1 – 10, inclusive, | Complaint Filed: August 13, 2010 |

1

Defendants.

PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Adam Childers and SoftwareMedia.com, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to refer this matter to Magistrate Judge Howard R. Lloyd for a Settlement Conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION


DATED: March 17, 2011          /s/ Nicole L. Drey
                               NICOLE L. DREY
                               Attorney for Plaintiffs
                               ADOBE SYSTEMS INCORPORATED


BURNHAM | BROWN


DATED: March 17, 2011          /s/ Derek H. Lim
                               DEREK H. LIM
                               Attorneys for Defendants
                               ADAM CHILDERS and
                               SOFTWAREMEDIA.COM, INC.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: 3/24/11

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

1064638