J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:      (818) 500-3200
Facsimile:      (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Derek H. Lim (SBN 209496)
*dlim@burnhambrown.com*
Melissa A. Horst (SBN 253032)
*mhorst@burnhambrown.com*
Burnham Brown
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666

Maralyn M. English, admitted *pro hac vice*
*mme@scmlaw.com*
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 84145
Telephone:      (801) 521-9000
Facsimile:      (801) 363-0400

Attorneys for Defendants Adam Childers
and SoftwareMedia.com, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

|  |  |
|---|---|
| Adobe Systems Incorporated, | Case No. C10-3571 JF |
| Plaintiff, | JOINT REQUEST TO EXTEND ADR DEADLINE |
| v. | |
| Adam Childers, an individual and d/b/a www.softwaremedia.com; SoftwareMedia.com, Inc., and Does 1 – 10, inclusive, | |
| Defendants. | |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff"), by and through its counsel of record, Nicole L. Drey, of J. Andrew Coombs, A Prof. Corp., and Defendants Adam Childers and SoftwareMedia.com, Inc. (collectively "Defendants"), by and through their counsel of record, Derek H. Lim, of Burnham Brown, A Professional Law Corporation, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about August 13, 2010;

WHEREAS Defendants filed their Answer to the Complaint on or about March 21, 2011;

WHEREAS the Court held a Case Management Conference on March 4, 2011, at which time the Court ordered the Parties to complete ADR by July 15, 2011, and set a further case management conference for that same date;

WHEREAS the Court referred this Action to Magistrate Judge Lloyd for a settlement conference on or about March 23, 2011;

WHEREAS the Parties, thereafter, diligently attempted to schedule the settlement conference but due to conflicting schedules and the limited availability of Magistrate Judge Lloyd during the month of June, they are unable to schedule a settlement conference prior to July 15, 2011;

WHEREAS the Parties have currently scheduled a settlement conference before Magistrate Judge Lloyd for July 29, 2011; and

WHEREAS no other Court deadlines will be affected by an extension of the ADR deadline.


/ / /


/ / /

NOW, THEREFORE, Adobe and Defendants stipulate and request the Court to extend the ADR deadline to July 29, 2011, and continue the further case management conference to August 12, 2011, or a date thereafter acceptable with the Court.

DATED: May 10, 2011                    J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
    Attorneys for Plaintiff Adobe Systems Incorporated

DATED: May 10, 2011                    Burnham Brown

By: _____
    Derek H. Lim
    Melissa A. Horst
    Attorneys for Defendants

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED:   5/13   , 2011

_____
Jeremy Fogel
UNITED STATES DISTRICT JUDGE