1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
8  John D. McCurdy (SBN 54091)
   *jmccurdy@jmll.com*
9  Reagan Elizabeth Boyce (SBN 248064)
   *reagan.boyce@jmll.com*
10 McCurdy & Leibl, LLP
   12925 Riverside Drive, Third Floor
11 Sherman Oaks, California 91423
   Telephone:    (818) 980-0123
12 Facsimile:    (818) 380-0124

13 Maralyn M. English, admitted *pro hac vice*
   *mme@scmlaw.com*
14 Snow, Christensen & Martineau
   10 Exchange Place, Eleventh Floor
15 P.O. Box 45000
   Salt Lake City, Utah 84145
16 Telephone:    (801) 521-9000
   Facsimile:    (801) 363-0400

17 Attorneys for Defendants Adam Childers and
   Softwaremedia.com, Inc.
18

19                    **UNITED STATES DISTRICT COURT**

20                **NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

21                                          )
   Adobe Systems Incorporated,              )   Case No. CV10-3571 ~~JF~~ JSW
22                                          )
              Plaintiff,                    )   **STIPULATION TO CONTINUE CASE**
23       v.                                 )   **MANAGEMENT CONFERENCE AND**
                                            )   **~~[PROPOSED]~~ ORDER**
24 Adam Childers, et al.,                   )
                                            )   Date:    September 30, 2011
25            Defendants.                   )   Time:    10:30 a.m.
                                            )   Court:   Hon. Jeremy Fogel
26 _____)

27

28

Adobe v. Childers, et al.: Stip to Continue CMC         - 1 -

PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Adam Childers, an individual, and SoftwareMedia.com, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS the Parties conducted a settlement conference with Magistrate Judge Lloyd on or about July 29, 2011;

WHEREAS the Parties reached a settlement in principle at that time;

WHEREAS the Parties are currently exchanging settlement documents and are very close to finalizing settlement;

WHEREAS certain disclosures are required from Defendant in order to finalize settlement;

WHEREAS Defendant has been compiling the required information, but it has taken longer than expected, and he anticipates providing the disclosures no later than September 30, 2011;

WHEREAS both counsel for Plaintiff and counsel for Defendants are located in Southern California such that travel to the Case Management Conference would incur significant additional expenses to both sides;

WHEREAS continuing the Case Management Conference will provide the Parties with additional time to finalize settlement and file the appropriate documents to dismiss this action in its entirety; and

/ / /

/ / /

/ / /

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the Court continue the Case Management Conference for twenty-one (21) days, or not earlier than October 21, 2011.

IT IS SO STIPULATED.

DATED: September 23, 2011   J. Andrew Coombs, A Professional Corp.

By: ___/s Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: September 23, 2011   McCurdy & Leibl, LLP

By: ___/s Reagan Elizabeth Boyce_____
    John D. McCurdy
    Reagan Elizabeth Boyce
Attorney for Defendants Adam Childers and SoftwareMedia.com, Inc.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED. The Court shall hold a case management conference on October 28, 2011 at 1:30 p.m., unless a dismissal is filed before that date.

DATED: September 28_____, 2011

_____
Jeremy Fogel / Jeffrey S. White
UNITED STATES DISTRICT JUDGE