J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

John D. McCurdy (SBN 54091)
*jmccurdy@jmll.com*
Reagan Elizabeth Boyce (SBN 248064)
*reagan.boyce@jmll.com*
McCurdy & Leibl, LLP
12925 Riverside Drive, Third Floor
Sherman Oaks, California 91423
Telephone: (818) 380-0123
Facsimile: (818) 380-0124

Maralyn M. English (admitted *pro hac vice*)
*mme@scmlaw.com*
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, Utah 45000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400

Attorneys for Defendants Adam Childers and
Softwaremedia.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (~~SAN JOSE~~)

| | |
|---|---|
| Adobe Systems Incorporated, <br><br> Plaintiff, <br> v. <br><br> Adam Childers, et al., <br><br> Defendants. | Case No. C10-3571 ~~JF~~ JSW <br><br> [~~PROPOSED~~] PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE |

Adobe v. Childers, et al.: Proposed Perm. Inj. and Dismissal  - 1 -

The Court, having read and considered the Joint Stipulation for Permanent Injunction and Dismissal with Prejudice that has been executed by Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendants Adam Childers, an individual, and Softwaremedia.com, Inc. (collectively "Defendants") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff claims to be the owner of all rights in and to the copyright and trademark registrations listed in Exhibits A and B attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof. Defendants have denied all allegations raised by Plaintiff's complaint.

4) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including, but not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any product which features any of Plaintiff's Properties, including, but not limited to, any product sold outside specified channels or in a manner which violates the terms of Plaintiff's distribution or license agreements (collectively "Unauthorized Products"), including, but not necessarily limited to,

        i) Any original equipment manufacturer versions ("OEM") of Plaintiff's software products, without the accompanying hardware with which the OEM software was originally distributed;

        ii)      Any academic or educational versions of Plaintiff's software distributed to any unqualified purchaser, without seeking proper proof of academic affiliation, or in any other manner which violates the restrictions on academic or educational software as outlined in Plaintiff's distribution and license agreements; or

        iii)     Any grey market software, which is defined as any version of Plaintiff's product sold or distributed within a geographic region in which the software was not intended to be sold or distributed.

b)     The definition of Unauthorized Products does not include, nor does this Injunction prohibit, Defendants from distributing, advertising, selling and/or offering to sell any authorized versions of Plaintiff's software which have been legitimately manufactured and distributed specifically including 1) full retail versions intended for distribution within the United States, including TLP open licenses 2) Plaintiff's OEM software, including OEM products labeled "for bundles only" or with other similar language, that are distributed with the accompanying hardware with which it was originally distributed; and 3) academic or educational versions of Plaintiff's products sold to a qualified user in accordance with the controlling distribution agreement.

c)     Defendants, and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined specifically from:

        i)       Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

        ii)      Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection with any Unauthorized Products any promotional materials,

labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii) Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, that the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff; and

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any Unauthorized Products, a false description or representation, including words or other symbols, tending to falsely describe or represent such Unauthorized Products as being those of Plaintiff.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action shall be reopened should Defendants default under the terms of the Settlement Agreement.

/ / /

```
```

11) This Court shall retain jurisdiction over the Defendants for the purpose of making further orders necessary or proper for the construction or modification of this permanent injunction; the enforcement hereof; and the punishment of any violations hereof.

DATED: October 14, 2011

*[signature: Jeffrey S. White]*
Hon. Jeffrey S. White
Judge, United States District Court
for the Northern District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: *[signature: Nicole L. Drey]*
   J. Andrew Coombs
   Nicole L. Drey
Attorneys for Plaintiff
Adobe Systems Incorporated

McCurdy & Leibl, LLP

By: *[signature: Reagan Elizabeth Boyce]*
   John D. McCurdy
   Reagan Elizabeth Boyce
Attorneys for Defendants Adam Childers,
and Softwaremedia.com, Inc.

# EXHIBIT A
## Copyright Registrations

| Title of Work | Copyright Registration No. |
|---|---|
| Acrobat 3D | TX0006277233 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 1.0. | TX0004559023 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Capture 2.0. | TX0004509574 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Catalog for Windows. | TX0004001286 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Macintosh. | TX0004169553 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller 2.1 for Microsoft Windows. | TX0004169555 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Distiller for Microsoft Windows. | TX0003893510 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.0 for Macintosh. | TX0004001287 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for Macintosh. | TX0004169554 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange 2.1 for UNIX. | TX0004231310 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Macintosh. | TX0003611923 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Exchange and Acrobat Reader for Windows. | TX0003611922 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 2.0 for Windows. | TX0003893506 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Reader 3.0. | TX0004509573 |
| Acrobat Search for Macintosh. | TX0003991344 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat Search for Windows. | TX0003978856 |
| Acrobat. | TX0001644799 |
| Adobe Accelio Capture Advanced Client 4.0 for Windows. | TX0005553357 |
| Adobe Accelio Integrate Suite 6.0 for Windows. | TX0005553342 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 3.0 for Macintosh, Windows and UNIX. | TX0004583920 |
| Adobe Acrobat 4.0. | TX0004961793 |
| Adobe Acrobat 5.0 for Macintosh. | TX0005545266 |
| Adobe Acrobat 5.0 for Windows. | TX0005545265 |
| Adobe Acrobat 5.0 Getting Started Guide. | TX0005545267 |
| Adobe Acrobat 6.0 for Macintosh. | TX0005748744 |
| Adobe Acrobat 6.0 for Windows. | TX0005748745 |
| Adobe Acrobat 7.0 Standard for Macintosh. | TX0006045087 |
| Adobe Acrobat 7.0 Standard for Windows. | TX0006045086 |
| Adobe Acrobat 8 Professional for Macintosh. | TX0006390830 |
| Adobe Acrobat 8 Professional for Windows. | TX0006390827 |

Adobe v. Childers, et al.: Proposed Perm. Inj. and Dismissal        - 6 -

| | | |
|---|---|---|
| 1 | Adobe Acrobat 8 Standard for Macintosh. | TX0006390829 |
| | Adobe Acrobat 8 Standard for Windows. | TX0006390828 |
| 2 | Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| 3 | Adobe Acrobat Approval 5.0 for Macintosh. | TX0005654837 |
| | Adobe Acrobat Approval 5.0 for Windows. | TX0005436556 |
| 4 | Adobe Acrobat Capture 3.0 source code. | TX0005199559 |
| | Adobe Acrobat Connect 1.0 for Macintosh. | TX0006390834 |
| 5 | Adobe Acrobat Connect 1.0 for Windows. | TX0006390835 |
| | Adobe Acrobat Distiller Server 5.0.5. | TX0005758527 |
| 6 | Adobe Acrobat Distiller Server 6.0 for UNIX. | TX0005847807 |
| | Adobe Acrobat Distiller Server 6.0 for Windows. | TX0005847832 |
| 7 | Adobe Acrobat eBook Reader v. 2.0. | TX0005335249 |
| 8 | Adobe Acrobat eBook Reader v. 2.0. | TX0005335250 |
| | Adobe Acrobat Elements 1.0 for Windows. | TX0005611299 |
| 9 | Adobe Acrobat Elements 6.0 for Windows. | TX0005780821 |
| | Adobe Acrobat Elements Server 6.0 for Windows. | TX0005848340 |
| 10 | Adobe Acrobat Fill in 4.0. | TX0004241942 |
| | Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| 11 | Adobe Acrobat Inproduction 1.0. | TX0005200942 |
| 12 | Adobe Acrobat Messenger 1.0. | TX0005241268 |
| | Adobe Acrobat Reader 5.0 for Macintosh. | TX0005412874 |
| 13 | Adobe Acrobat Reader 5.0 for Windows. | TX0005412875 |
| | Adobe Acrobat Reader 5.0.5 for AIX. | TX0005605114 |
| 14 | Adobe Acrobat Reader 5.0.5 for HP-UX. | TX0005605113 |
| | Adobe Acrobat Reader 5.0.5 for Solaris. | TX0005617024 |
| 15 | Adobe Acrobat Reader 5.05 for Linux. | TX0005617021 |
| | Adobe Acrobat Reader 5.1 for Macintosh. | TX0005620676 |
| 16 | Adobe Acrobat Reader 5.1 for Windows. | TX0005620677 |
| 17 | Adobe Acrobat Reader for Palm OS 1.0 for Windows. | TX0005422793 |
| | Adobe Acrobat Reader for Palm OS 2.0 (Macintosh) | TX0005617023 |
| 18 | Adobe Acrobat Reader for Palm OS 2.0 (Windows) | TX0005617022 |
| | Adobe Acrobat Reader for Palm OS Beta Windows. | TX0005422794 |
| 19 | Adobe Acrobat Reader for Pocket PC : Version 1.0. | TX0005489269 |
| | Adobe ActiveShare 1.0. | TX0005086423 |
| 20 | Adobe ActiveShare 1.5 for Windows. | TX0005267528 |
| 21 | Adobe After Effects : 7.0 Professional for Windows. | TX0006277334 |
| | Adobe After Effects : Version 5.0 for Macintosh. | TX0005392887 |
| 22 | Adobe After Effects : Version 5.0 for Windows. | TX0005438054 |
| | Adobe After Effects : Version 5.5 for Macintosh. | TX0005493399 |
| 23 | Adobe After Effects : Version 5.5 for Windows. | TX0005493400 |
| | Adobe After Effects : Version 6.0 for Macintosh. | TX0005777908 |
| 24 | Adobe After Effects : Version 6.0 for Windows. | TX0005777907 |
| 25 | Adobe After Effects 3.0 for Macintosh. | TX0004643401 |
| | Adobe After Effects 4.0 for Macintosh and Windows. | TX0005011464 |
| 26 | Adobe After Effects 5.5 Plug-in Power Pack for MacIntosh. | TX0005546626 |
| | Adobe After Effects 5.5 Plug-in Power Pack for Windows. | TX0005546627 |
| 27 | Adobe After Effects 6.5 for Macintosh. | TX0005934788 |
| | Adobe After Effects 7.0 Standard for Macintosh. | TX0006277333 |
| 28 | Adobe After Effects 7.0 Standard for Windows. | TX0006277335 |

Adobe v. Childers, et al.:  Proposed Perm. Inj. and Dismissal        - 7 -

| | | |
|---|---|---|
| 1 | Adobe After Effects CS3 Professional for Windows and Macintosh. | TX0006457851 |
| | Adobe After Effects Production Bundle : Version 5.5 for Macintosh. | TX0005493398 |
| 2 | Adobe After Effects Production Bundle : Version 5.5 for Windows. | TX0005493401 |
| | Adobe After Effects Production Bundle 5.0 for Macintosh. | TX0005392886 |
| 3 | Adobe After Effects Production Bundle 5.0 for Windows. | TX0005392888 |
| 4 | Adobe After Effects Version 6.5 for Windows. | TX0005934787 |
| | Adobe AlterCast 1.5 for Solaris. | TX0005520581 |
| 5 | Adobe AlterCast 1.5 for Windows. | TX0005520583 |
| | Adobe Atmosphere : Version 1.0 Public Beta. | TX0005401513 |
| 6 | Adobe Atmosphere 1.0 for Windows. | TX0005780857 |
| | Adobe Atmosphere Player 1.0 for Windows. | TX0005748760 |
| 7 | Adobe Audition 1.0 for Windows. | TX0005777207 |
| 8 | Adobe Audition 1.5 for Windows. | TX0005932189 |
| | Adobe Audition 2.0 for Windows. | TX0006277359 |
| 9 | Adobe Audition 3.0 for Windows. | TX0006816095 |
| | Adobe Barcoded Paper Forms Solution 1.0 for Macintosh. | TX0005936309 |
| 10 | Adobe Captivate 2 for Windows. | TX0006390833 |
| | Adobe Carlson Regular. | TX0003374876 |
| 11 | Adobe Caslon Alternate Bold Italic : Version 001.000. | TX0003501138 |
| 12 | Adobe Caslon Alternate Bold. | TX0003501547 |
| | Adobe Caslon Alternate Italic : Version 001.000. | TX0003501139 |
| 13 | Adobe Creative Suite 2 Premium for Macintosh. | TX0006131248 |
| | Adobe Creative Suite 2 Premium for Windows. | TX0006131245 |
| 14 | Adobe Creative Suite 2 Standard for Macintosh. | TX0006131247 |
| | Adobe Creative Suite 2 Standard for Windows. | TX0006131246 |
| 15 | Adobe Creative Suite for Macintosh. | TX0005844481 |
| | Adobe Creative Suite for Windows. | TX0005844480 |
| 16 | Adobe Dreamweaver CS3 Professional for Windows and Macintosh | TX0006534561 |
| | Adobe Exchange 2.0 for Windows. | TX0003961129 |
| 17 | Adobe Extension Manager CS3 for Windows and Macintosh. | TX0006531581 |
| 18 | Adobe Fireworks CS3 for Windows and Macintosh. | TX0006531654 |
| | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| 19 | Adobe Flash CS3 Professional for Windows and Macintosh. | TX0006531604 |
| | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| 20 | Adobe Flash Media Encoder 1.0. | TX0006526716 |
| | Adobe Flash Player 9 for Linux. | TX0006476523 |
| 21 | Adobe Flash Player 9 for Linux. | TX0006476523 |
| | Adobe Flash Player 9 for Solaris. | TX0006457897 |
| 22 | Adobe Illustrator : Version 5.0.1 (Mac). | TX0003846115 |
| | Adobe Illustrator : Version 5.5 (Mac). | TX0003846114 |
| 23 | Adobe Illustrator : Version 6.0 Macintosh. | TX0004240043 |
| 24 | Adobe Illustrator 10 for Macintosh. | TX0005446858 |
| | Adobe Illustrator 10 for Windows. | TX0005446857 |
| 25 | Adobe Illustrator 3.0. | TX0003000202 |
| | Adobe Illustrator 8.0 for Macintosh and Windows. | TX0004953097 |
| 26 | Adobe Illustrator 9.0 for Macintosh and Windows. | TX0005159819 |
| | Adobe Illustrator CS for Macintosh. | TX0005780817 |
| 27 | Adobe Illustrator CS for Windows. | TX0005780806 |
| 28 | Adobe Illustrator CS3 for Windows and Macintosh. | TX0006531603 |

Adobe v. Childers, et al.: Proposed Perm. Inj. and Dismissal       - 8 -

| | |
|---|---|
| Adobe Illustrator. | TX0003380406 |
| Adobe PageMaker 6.0 for Macintosh, Power Macintosh. | TX0004093314 |
| Adobe PageMaker 6.5 Macintosh. | TX0004524555 |
| Adobe PageMaker 7.0 for Macintosh. | TX0005409447 |
| Adobe PageMaker 7.0 for Windows. | TX0005409446 |
| Adobe Pagemaker Plug-in Pack for MacIntosh. | TX0005847834 |
| Adobe Pagemaker Plug-in Pack for Windows. | TX0005847833 |
| Adobe Photoshop : 5.5. | TX0005213806 |
| Adobe Photoshop 6.0. | TX0005196369 |
| Adobe Photoshop 7.0 for Macintosh. | TX0005562147 |
| Adobe Photoshop 7.0 for Windows. | TX0005562148 |
| Adobe Photoshop Album 2.0 for Windows. | TX0005780785 |
| Adobe Photoshop CS for Macintosh. | TX0005780846 |
| Adobe Photoshop CS for Windows. | TX0005780847 |
| Adobe Photoshop CS2 for Macintosh. | TX0006131272 |
| Adobe Photoshop CS2 Official JavaScript Reference | TX0006273756 |
| Adobe Photoshop CS3 for Windows and Macintosh. | TX0006528611 |
| Adobe Photoshop Elements : 4.0 for Macintosh. | TX0006277687 |
| Adobe Photoshop Elements 1.0 for Macintosh and Windows. | TX0005329106 |
| Adobe Photoshop Elements 2.0 for Macintosh. | TX0005592639 |
| Adobe Photoshop Elements 2.0 for Windows. | TX0005592638 |
| Adobe Photoshop Elements 4.0 for Windows. | TX0006139024 |
| Adobe Photoshop Lightroom 1.0 for Macintosh and Windows. | TX0006526701 |
| Adobe Photoshop Macintosh. | TX0003551958 |
| Adobe Photoshop Version 3.0 Mac. | TX0003971820 |
| Adobe Photoshop Version 3.0 Windows. | TX0003616850 |
| Adobe Photoshop Version 5.0 Macintosh and Windows. | TX0004856009 |
| Adobe Photoshop Windows. | TX0003596143 |
| Adobe Photoshop. | TX0004068613 |
| Adobe Photoshop. | TX0003120306 |
| Adobe Photoshop. | TX0002897138 |
| Adobetype Manager Deluxe 4.6 User Guide : Macintosh. | TX0005176752 |
| Adope PhotoDeluxe, V1.0. | TX0004809739 |
| Adope Photoshop : Version 4.0 : Macintosh and Windows. | TX0004571653 |
| Authorware 7.0 | TX0005800627 |
| Contribute 4 (Mac) | TX0006471404 |
| Designer 6.0 (Win) | TX0005932242 |
| Encore DVD 2.0 | TX0006277348 |
| Font Folio 9.0 (Mac) | TX0005401449 |
| Font Folio Open Type | TX0005845931 |
| Form Manager 6.0 | TX0006042527 |
| Framemaker 7.0 (Mac) | TX0005596921 |
| Framemaker 7.0 (Win) | TX0005596919 |
| FreeHand MX (Mac) | TX0005746988 |
| GoLive CS2 (Mac) | TX0006131268 |
| GoLive CS2 (Win) | TX0006131269 |
| Illustrator CS2 (Mac) | TX0006131282 |
| Illustrator CS2 (Win) | TX0006131283 |
| InCopy CS (Mac) | TX0005780859 |

Adobe v. Childers, et al.:  Proposed Perm. Inj. and Dismissal         - 9 -

| | |
|---|---|
| InCopy CS (Win) | TX0005780858 |
| InDesign CS2 (Mac) | TX0006139165 |
| Macintosh Distiller. | TX0003893508 |
| Macintosh PDF Writer. | TX0003893509 |
| Macintosh Reader. | TX0003893511 |
| Macromedia ColdFusion MX 7 | TX0006201577 |
| Macromedia Dreamweaver MX 2004 | TX0005852659 |
| Macromedia Fireworks MX 2004 | TX0005839595 |
| Macromedia Flash Lite 2.0 | TX0006288632 |
| Macromedia Flash Media Server 2 | TX0006335779 |
| Macromedia Flash MX 2004 Pro | TX0005852657 |
| Macromedia RoboHelp HTML X5 | TX0005944534 |
| Macromedia RoboHelp X5 | TX0005944535 |
| Macromedia Shockwave for Authorware Run-time Version 3.5 [for Macintosh, Power Macintosh, Windows 3.1/95/NT] | TX0004695283 |
| Macromedia Shockwave for FreeHand 5.0 (for Macintosh, Power Macintosh, Windows 3.1/95/NT) | TX0004671697 |
| PhotoDeluxe 2.0 (Mac) | TX0004771678 |
| PhotoDeluxe 2.0 (Win) | TX0004617316 |
| Photoshop CS2 (Win) | TX0006131279 |
| Photoshop Elements 5.0 | TX0006389641 |
| Premiere 7.0 | TX0005777909 |
| Premiere Elements 3.0 | TX0006389647 |
| Premiere Pro 1.5 | TX0005931988 |
| Premiere Pro 2.0 | TX0006275628 |
| Production Studio 1.0 | TX0006277349 |
| Shockwave for Director 5.0. | TX0004700912 |
| Windows PDF Writer. | TX0003893507 |

EXHIBIT B
Trademark Registrations

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2076967 | THE ADOBE GROUP | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1482233 | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895 | ADOBE | Adobe Systems Incorporated |
| 1479408 | ADOBE ILLUSTRATOR | Adobe Systems Incorporated |
| 1383131 | POSTSCRIPT | Adobe Systems Incorporated |

Adobe v. Childers, et al.: Proposed Perm. Inj. and Dismissal        - 11 -

| | | |
|---|---|---|
| 1463458 | POSTSCRIPT | Adobe Systems Incorporated |
| 2520435 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2650911 | MACROMEDIA FLASH | Adobe Systems Incorporated |
| 2852245 | FLASH | Adobe Systems Incorporated |
| 2855434 | FLASH | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 2068523 | ACROBAT | Adobe Systems Incorporated |
| 1997398 | ACROBAT CAPTURE | Adobe Systems Incorporated |
| 1901566 | SHOCKWAVE | Adobe Systems Incorporated |
| 2294926 | DREAMWEAVER | Adobe Systems Incorporated |
| 2091087 | PAGEMAKER | Adobe Systems Incorporated |